**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 110 WAL 2018
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
CORIE REX HILLIARD, :
:
Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 24th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.